## *May* Term, 1785.

### The STATE *againſt* JOHN VANHORNE.

*On* Habeas Corpus *of Negro* Prime, *claiming his Freedom.*

THE Court in *September Term,* 1784. *(p.* 125.) on return of the *Habeas Corpus,* obliged Defendant to enter into Recognizance with Security in £140. conditioned for the Appearance of the ſaid Negro *Prime* at the next Term, to abide &c. and not depart &c.

*November Term,* 1784, *(p.* 195.) Recognizance continued.

*April Term,* 1785, (p. 299.) Argument poſtponed, and Recognizance continued.

And now *(May Term,* 1785.) *Moore Furman,* Eſquire, Agent of forfeited Eſtates for the County of Hunterdon, having applied to the Court, and repreſented that the State hath a Claim to the ſaid Negro Prime; it is ordered by the Court that the ſaid Negro Prime be delivered into the Cuſtody of John Anderſon, Eſquire, Sheriff of Hunterdon, until a Trial of the Property can be had, and until the further Order of the Court.